**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

*(FT. LAUDERDALE DIVISION)*

**CASE NO.: 0:16-cv-62568-JAL**

MAHMOUD ABDELAZIAZ,

        Plaintiff,

vs.

SYNCHRONY BANK,

        Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, MAHMOUD ABDELAZIAZ, and Defendant, SYNCHRONY BANK, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and this Court's May 31, 2017 Order [ECF 37], hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, MAHMOUD ABDELAZIAZ, against Defendant, SYNCHRONY BANK, in the above styled action, with each party to bear their own attorney's fees, costs and expenses.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| By: /s/ *Jibrael Jarallah Said Hindi* | By: /s/ *Jessica B. Reyes* |
| Jibrael Jarallah Said Hindi, Esq. | LAUDY LUNA PEREZ |
| Florida Bar No. 0040993 | Florida Bar No.: 044544 |
| The Law Offices of Jibrael S. Hindi | JESSICA B. REYES |
| 110 SE 6th St., 17th Floor | Florida Bar No.: 56894 |
| Fort Lauderdale, FL 33301 | **LIEBLER, GONZALEZ & PORTUONDO** |
| 954-907-1136 | Courthouse Tower - 25th Floor |
| Email: jibrael@jibraellaw.com | 44 West Flagler Street |
| *Attorneys for Plaintiff* | Miami, FL 33130 |
| | Telephone: (305) 379-0400 |
| | *Attorneys for Defendant* |

– 2 –

CASE NO.: 0:16-cv-62568-JAL

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of June, 2017, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF:

>Thomas John Patti , III
>Thomas-John Law, PA
>110 SE 6th Street, Suite 1700
>Fort Lauderdale, FL 33301
>(877) 575-0020
>Email: tpatti@thomasjohnlaw.com
>*Counsel for Plaintiff*
>
>Jibrael Jarallah Said Hindi
>The Law Offices of Jibrael S. Hindi
>110 SE 6th St.
>17th Floor
>Fort Lauderdale, FL 33301
>954-907-1136
>Email: jibrael@jibraellaw.com
>*Counsel for Plaintiff*

>/s/ Jessica B. Reyes, Esq.
>JESSICA B. REYES, ESQ.